IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00036-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONOVAN STALLINGS,

      Defendant.
_____

ORDER TO SEAL ATTACHMENTS TO DEFENDANT STALLINGS' AMENDED MOTION FOR
SENTENCING RELIEF
_____

      After review of Defendant Stallings' Amended Motion for Sentencing Relief, filed

December 21, 2008 [1197] and notification by the Clerk's Office that defendant's counsel

Boston H. Stanton, Jr.'s failure to comply with D.C.Colo.LCrR 47.2, it is

      ORDERED that the Attachments [1197-2] to the motion [1197] will be sealed to protect

the confidential information of defendant Donovan Stallings.

      DATED: December 22nd, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge