IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 03-CR-00036-RPM

UNITED STATES OF AMERICA

       Plaintiff,

v.

1    DONOVAN STALLINGS,

       Defendant.
_____

ORDER TO RESPOND
_____

On June 5, 2008, the defendant, Donovan Stallings, filed a motion for sentencing relief pursuant to 18 U.S.C. § 3582(c)(2). An amended motion for sentencing relief was filed on December 21, 2008, submitting attachments concerning post-sentencing conduct. This motion was referred to the Probation Office for comment which has been received. It is now

ORDERED that the government shall filed a response to the defendant's amended motion on or before January 26, 2009.

DATED: January 6th, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge