IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 03-CR-00036-RPM

UNITED STATES OF AMERICA

    Plaintiff,

v.

1    DONOVAN STALLINGS,

    Defendant.

_____

ORDER FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)
_____

Upon consideration of the Motion for Sentencing Relief Pursuant to 18 U.S.C. § 3582(c)(2) filed by the defendant on June 5, 2008, and the Government's Response in Partial Opposition, filed January 26, 2009, and upon the conclusion that this Court has no jurisdiction to lower the defendant's sentence below the 120 months mandatory minimum sentence required by statute, it is

ORDERED that the sentence of imprisonment of 141 months imposed by this Court's Judgment of September 10, 2004, and the reduction to 129 months by order of May 10, 2005, is again reduced to a sentence of 120 months.

DATED: February 17th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge