# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DONOVAN STALLINGS ) | Case No: 03-cr-00036-RPM-01 |
| ) | USM No: 31644-013 |
| Date of Previous Judgment: September 15, 2004 ) | Boston H. Stanton, Jr., Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 141 months which was reduced to 129 months by Order dated May 10, 2005, **is reduced to 120 months.**

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

X Other (explain):  The Court finds that it has no jurisdiction to lower the defendant's sentence below the 120-month mandatory minimum sentence required by statute.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated September 15, 2004, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: February 17, 2009

Judge's signature

Effective Date: _____
(if different from order date)

Richard P. Matsch, Senior U.S. District Court Judge
Printed name and title